**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____  Chapter  **7**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Kubient, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **82-1808844** |

**4.   Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **228 Park Avenue South**<br>**Suite 72602**<br>**New York, NY 10003**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **New York**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

**5.   Debtor's website** (URL)   **https://ir.kubient.com**

**6.   Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor     **Kubient, Inc.**                                                    Case number (*if known*) _____
       Name

**7.  Describe debtor's business**

    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

    B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

    C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
       http://www.uscourts.gov/four-digit-national-association-naics-codes.
       __7375__

---

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| District | _____ | When _____ | Case number _____ |
| District | _____ | When _____ | Case number _____ |

---

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

---

Debtor    **Kubient, Inc.**                                                    Case number (*if known*) _____
_____
Name

| List all cases. If more than 1, attach a separate list | Debtor _____ | | Relationship _____ |
| | District _____ | When _____ | Case number, if known _____ |

**11.** **Why is the case filed in this district?**    *Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____
Contact name _____
Phone _____

---

■ **Statistical and administrative information**

**13.** **Debtor's estimation of available funds**    *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☑ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Kubient, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **July 25, 2024**
                MM / DD / YYYY

X  */s/ Lawrence Harris*                              **Lawrence Harris**
   Signature of authorized representative of debtor        Printed name

Title   **Sole Director**

**18. Signature of attorney**

X   */s/ Mark L. Desgrosseilliers*                   Date   **July 25, 2024**
    Signature of attorney for debtor                            MM / DD / YYYY

**Mark L. Desgrosseilliers 4083**
Printed name

**Chipman Brown Cicero & Cole, LLP**
Firm name

**Hercules Plaza**
**1313 North Market Street, Suite 5400**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone   **(302) 295-0191**          Email address   **desgross@chipmanbrown.com**

**4083 DE**
Bar number and State

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| KUBIENT, INC., | Case No. 24-xxxxx (xxx) |
| Debtor. | |

**DEBTOR'S CONSOLIDATED CORPORATE OWNERSHIP STATEMENT**
**AND LIST OF EQUITY INTEREST HOLDERS PURSUANT TO**
**FED. R. BANKR. P. 1007(A)(1), 1007(A)(3), AND 7007.1**

Pursuant to Rules 1007(a)(1), 1007(a)(3), and 7007.1 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the above-captioned debtor and debtor in possession (the "**Debtor**"), to the best of its knowledge, information, and belief, hereto state as follows:

1.      No parent corporation or publicly traded corporation owns ten (10) percent or more of the stock of Kubient, Inc. ("**Kubient**").

2.      A list of Kubient's equity interest holders and the nature of their equity interests is attached hereto as **Exhibit A**.

# Exhibit A

## List of Kubient's Equity Interest Holders

| NAME AND ADDRESS OF INTEREST HOLDER | KIND/CLASS OF INTEREST | NUMBER OF INTERESTS HELD |
|---|---|---|
| Alta Partners LLC<br>939 Coastal Boulevard<br>Unit 21 DE<br>La Jolla, CA 92037 | WR2/$5.50 Warrant | 35652 |
| Andrew Smukler<br>[Address on File] | WR2/$5.50 Warrant | 71305 |
| Anil Kishin Idnani<br>[Adress on File] | WR2/$5.50 Warrant<br>WR2/$5.50 Warrant | 4885<br>9057 |
| Anthony Sica<br>c/o Joseph Gunnar & Co. LLC<br>30 Broad Street, 11th Floor<br>New York, NY 10004 | WR5/$6.38 Follow-On Warrant | 14118 |
| Ben Jen Holdings Kubient 175 SPV LLC<br>3 Germay Drive, Suite 1160<br>Wilmington, DE 19801 | CR1/ACT33 Warrant | 14135 |
| Ben Jen Holdings Kubient SPV LLC<br>251 Somerville Road, Suite 221<br>Bedminster, NJ 07291 | CR1/ACT33 Warrant | 77693 |
| Bruce Warshaw<br>[Adress on File] | CR1/ACT33 Warrant | 556 |
| Calvary Fund I LP<br>61 Kinderkamack Road<br>Woodcliff Lake, NJ 07677 | WR1/$4.20 Warrant | 51429 |
| Christopher Andrews<br>[Adress on File] | WR1/$4.20 Warrant<br>WR2/$5.50 Warrant | 102857<br>128522 |
| Christopher H. Smith<br>[Adress on File] | WR1/$4.20 Warrant<br>CR1/$5.50 Warrant | 8571<br>6072 |
| Claude Rolo<br>[Adress on File] | WR2/$5.50 Warrant | 17794 |

i

| Name and Address of Interest Holder | Kind/Class of Interest | Number of Interests Held |
|---|---|---|
| Clayton Struve<br>[Adress on File] | WR2/$5.50 Warrant | 71305 |
| Dana Zawadzki<br>[Adress on File] | CR1/ACT33 Warrant | 7223 |
| David Frydman<br>[Adress on File] | CR1/ACT33 Warrant | 3334 |
| Donald Rogers<br>Maria Koksbergen<br>[Adress on File] | WR2/$5.50 Warrant | 20000 |
| Elisabeth DeMarse<br>[Adress on File] | CR1/ACT33 Warrant | 5010 |
| Eran Sabat<br>[Adress on File] | CR1/ACT33 Warrant | 5556 |
| Gail Battista<br>[Adress on File] | CR1/ACT33 Warrant | 556 |
| Gateway Group Inc.<br>4685 MacArthur Court, Suite 400<br>Newport Beach, CA 92657 | CR1/ACT33 Warrant | 1112 |
| GPL Ventures LLC<br>c/o Alexander Dillon<br>1 Penn Plaza #6196<br>New York, NY 10119 | WR1/$4.20 Warrant<br>WR2/$5.50 Warrant | 24141<br>267335 |
| Grainne Coen<br>[Adress on File] | CR1/ACT33 Warrant | 5010 |
| Guevoura Fund Ltd.<br>3 Place Des Eaux Vives 1207<br>Geneva, Switzerland | WR2/$5.50 Warrant | 106958 |
| Intracoastal Capital LLC<br>245 Palm Trail<br>Delray Beach, FL 33483 | WR1/$4.20 Warrant<br>WR2/$5.50 Warrant | 8571<br>9223 |
| Jacqueline H. Suwalkski<br>[Adress on File] | CR1/ACT33 Warrant | 5000 |

ii

| NAME AND ADDRESS OF INTEREST HOLDER | KIND/CLASS OF INTEREST | NUMBER OF INTERESTS HELD |
|---|---|---|
| Jeannie Mun<br>[Adress on File] | CR1/ACT33 Warrant | 5010 |
| Jeffrey Dibernardo<br>[Adress on File] | CR1/ACT33 Warrant | 556 |
| Jeffrey Kobylarz<br>[Adress on File] | WR1/$4.20 Warrant<br>WR2/$5.50 Warrant | 8571<br>9181 |
| Jie Lian<br>[Adress on File] | WR2/$5.50 Warrant | 27885 |
| Jillian Marks<br>[Adress on File] | CR1/ACT33 Warrant | 5556 |
| Jillian Shapiro<br>[Adress on File] | CR1/ACT33 Warrant | 4445 |
| Joel Yanowitz<br>[Adress on File] | WR2/$5.50 Warrant | 35589 |
| John Clark<br>[Adress on File] | CR1/ACT33 Warrant | 2223 |
| Joseph A. Alagna, Jr.<br>[Adress on File] | WR5/$6.38 Follow-On Warrant | 35294 |
| Joseph W. Acquarulo<br>[Adress on File] | WR2/$5.50 Warrant | 35504 |
| Joshua Weiss<br>[Adress on File] | CR1/ACT33 Warrant | 40154 |
| Kevin Miller<br>[Adress on File] | WR2/$5.50 Warrant | 35589 |
| Leon Zemel<br>[Adress on File] | CR1/ACT33 Warrant | 100000 |
| Lloyd R. Schoene<br>[Adress on File] | C01/Common Stock | 15000 |
| Mabel J. Smith<br>[Adress on File] | WR2/$5.50 Warrant<br>CR1/ACT33 Warrant | 9027<br>9027 |
| Mark Adesso<br>[Adress on File] | CR1/ACT33 Warrant | 2500 |

iii

| NAME AND ADDRESS OF INTEREST HOLDER | KIND/CLASS OF INTEREST | NUMBER OF INTERESTS HELD |
|---|---|---|
| Maxim Group LLC<br>300 Park Avenue, 16th Floor<br>New York, NY 10022 | WR4/$6.25 REP Warrant<br>WR5/$6.38 Follow-On Warrant | 32500<br>88235 |
| Nicholas Kavallieratos<br>[Adress on File] | WR2/$5.50 Warrant | 17143 |
| Patricia Evans & Preston Evans JT TEN<br>[Adress on File] | WR2/$5.50 Warrant | 17752 |
| Paul Cooney<br>c/o Joseph Gunnar & Co. LLC<br>30 Broad Street, 11th Floor<br>New York, NY 10004 | WR5/$6.38 Follow-On Warrant | 17647 |
| Paul Roberts<br>[Adress on File] | WR2/$5.50 Warrant<br>CR1/ACT33 | 55541<br>109386 |
| Paul Sethi<br>[Adress on File] | WR1/$4.20 Warrant<br>WR2/$5.50 Warrant | 8571<br>9181 |
| Peter Bordes<br>[Adress on File] | WR1/$4.20 Warrant<br>WR1/$4.20 Warrant<br>WR1/$4.20 Warrant<br>WR2/$5.50 Warrant<br>C01/Common Stock | 51429<br>34286<br>61714<br>156310<br>171310 |
| Philip Jenkins<br>[Adress on File] | CR1/ACT33 | 6667 |
| Proactive Capital Partners LP<br>150 East 58th Street, 20th Floor<br>New York, NY 10155 | WR2/$5.50 Warrant | 8571 |
| Rahul Gupta<br>[Adress on File] | CR1/ACT33 | 6667 |
| Rene Rapp<br>[Adress on File] | CR1/ACT33 | 4445 |
| Richard W. Baskerville Living Trust<br>[Adress on File] | WR2/$5.50 Warrant | 100000 |
| Robert Hannon<br>[Adress on File] | WR2/$5.50 Warrant | 10000 |

iv

| **Name and Address of Interest Holder** | **Kind/Class of Interest** | **Number of Interests Held** |
|---|---|---|
| Ronald D. Carli & Veronic A. Carli JT TEN [Adress on File] | WR2/$5.50 Warrant | 33404 |
| Ryan Wong [Adress on File] | WR2/$5.50 Warrant | 35589 |
| Sameer K. Sharma [Adress on File] | WR2/$5.50 Warrant<br>WR1/$4.20 Warrant | 9223<br>8571 |
| Shijie Chen [Adress on File] | WR2/$5.50 Warrant<br>C01/Common Stock | 14066<br>4885 |
| Stephan Stein [Adress on File] | WR5/$6.38 Follow-On Warrant | 21176 |
| Stuart Take [Adress on File] | WR2/$5.50 Warrant | 10000 |
| Todd F. Kronshage & Leslie Kronshage JT TEN [Adress on File] | WR2/$5.50 Warrant | 71305 |
| Trajectory Capital LLC 99 Wall Street, #5801 New York, NY 10005 | WR2/$5.50 Warrant<br>C01/Common Stock | 62470<br>62470 |
| Tri Bridge Ventures LLC 601 Monmouth Avenue Spring Lake, NJ 07762 | CR1/ACT33 | 10101 |
| Uniplan Consulting LLC 26131 Deer Ridge Trail Waterford, WI 53185 | WR2/$5.50 Warrant | 35589 |
| Vasanti Mahajan [Adress on File] | CR1/ACT33 | 17446 |
| Viorel Panait [Adress on File] | WR2/$5.50 Warrant | 13912 |
| Windsor Street Capital 25 Broadway #2 New York, NY 10004 Attn: Cathy Cao | CR1/ACT33 | 4445 |

v

**Fill in this information to identify the case:**

Debtor name    **Kubient, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐    *Schedule H: Codebtors* (Official Form 206H)

■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    Amended *Schedule*

☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

■    Other document that requires a declaration    **Consolidated Corporate Ownership Statement and List of Equity Interest Holders**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 25, 2024**    x    */s/ Lawrence Harris*
Signature of individual signing on behalf of debtor

**Lawrence Harris**
Printed name

**Sole Director**
Position or relationship to debtor

# RESOLUTIONS BY WRITTEN CONSENT

## KUBIENT, INC.

The undersigned, being the sole remaining member of the board of directors (the "**Board**") of Kubient, Inc., a Delaware corporation (the "**Company**"), pursuant to Section 141(f) of the General Corporation Law of the State of Delaware (the "**General Corporation Law**"), hereby adopts the following resolutions by written consent (this "**Consent**"):

WHEREAS, the Board has considered the financial and operational conditions of the Company's business; and

WHEREAS, the Board has reviewed, considered, and received the recommendation of senior management of the Company, and the advice of the Company's professionals and advisors with respect to the options available to the Company, including the possibility of pursuing a bankruptcy proceeding under Chapter 7 of title 11 of the United States Code (as amended, the "**Bankruptcy Code**");

NOW, THEREFORE, BE IT RESOLVED, that after consideration of the alternatives presented to it and the recommendations of senior management of the Company and the advice of the Company's professionals and advisors, the Board has determined in its business judgment that it is in the best interest of the Company, its creditors, stakeholders, and other interested parties, that a voluntary petition be filed by the Company under Chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Petition**"); and it is

FURTHER RESOLVED, that Lawrence Harris, a Member of the Board, and any other officer or person designated and so authorized to act (each, an "**Authorized Person**") are, and each hereby is, authorized, empowered, and directed, in the name and on behalf of the Company (a) to execute, verify and file on behalf of the Company all documents necessary or appropriate in connection with the filing of said Bankruptcy Petition, including, without limitation, all petitions, affidavits, declarations, schedules, statements of financial affairs, lists, motions, applications, pleadings, and other papers or documents in connection with the Bankruptcy Petition; (b) to take and perform any and all actions deemed necessary and proper to obtain such relief as authorized herein and in connection with the Company's Chapter 7 case (the "**Bankruptcy Case**"); (c) to appear as necessary at all bankruptcy proceedings on behalf of the Company; and (d) to pay all such expenses where necessary or appropriate in order to carry out fully the intent and accomplish the purposes of the resolutions adopted herein; and it is

FURTHER RESOLVED, that the Authorized Person is authorized and directed to employ the law firm of Chipman Brown Cicero & Cole, LLP, as counsel to assist the Company in filing for relief under Chapter 7 of the Bankruptcy Code and in carrying out the Company's duties under Chapter 7 of the Bankruptcy Code, and the Authorized Person is hereby authorized and directed to execute a retention agreement and pay all fees due in accordance with such retention agreement; and it is

FURTHER RESOLVED, that all instruments, agreements, certificates, consents, waivers, or other documents heretofore executed and delivered (or caused to be executed and delivered) and

[Unanimous Consent Regarding Chapter 7 Filing for Kubient, Inc.]

all acts lawfully done or actions lawfully taken by any Authorized Person in connection with the Bankruptcy Case, or any further action to seek relief on behalf of the Company under Chapter 7 of the Bankruptcy Code, or in connection with the Bankruptcy Case, or any matter related thereto, be, and hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company; and it is

FURTHER RESOLVED, that the acts, actions, and transactions heretofore taken by the Authorized Person, officers of the Company, or the Directors of the Company in the name of and on behalf of the Company in furtherance of the purpose and intent of any or all of the foregoing resolutions, which acts, actions and transactions would have been approved by the foregoing resolutions except that such acts were taken before those resolutions were adopted, be, and hereby are, ratified, confirmed, and approved in all respects.

IN WITNESS WHEREOF, the undersigned Authorized Person constituting the sole remaining member of the Board, has executed this Consent on the date set forth below his name.

By: _____
    Lawrence Harris
    Sole Director

Dated: July 15, 2024

[Unanimous Consent Regarding Chapter 7 Filing for Kubient, Inc.]

4880-3050-2605, v. 3

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 7 |
| KUBIENT, INC., | Case No. 24-xxxxx (xxx) |
| Debtor. | |

**ATTACHMENT TO VOLUNTARY PETITION FOR NON-INDIVIDUALS FILING FOR BANKRUPTCY**

1.      If any of the Debtor's securities are registered under Section 12 of the *Securities Exchange Act of 1934*, the SEC file number is 001-37875.

2.      The following financial data is the latest available information and refers to the Debtor's condition on July 31, 2024.[1]

(a)      Total Assets:                                        $3,169,770.00

(b)      Total Debts (including debts listed in 2(c), below)      $2,990.736

(c)      Debt Securities Held by More than 500 Holders:  No

APPROXIMATE NUMBER
OF HOLDERS:

Secured _____ Unsecured_____ Subordinated_____      $ _____  _____
Secured _____ Unsecured_____ Subordinated_____      $ _____  _____
Secured _____ Unsecured_____ Subordinated_____      $ _____  _____
Secured _____ Unsecured_____ Subordinated_____      $ _____  _____
Secured _____ Unsecured_____ Subordinated_____      $ _____  _____

(d)      Number of Shares of Preferred Stock      _____None_____

(e)      Number of Shares Common Stock      ____14,727,036[2]____

3.      Brief Description of Debtor's Business:

Kubient, Inc., a Delaware corporation, was incorporated in May 2017 to solve some of the most significant problems facing the global digital advertising industry. Kubient's experienced team of marketing and technology veterans developed the Audience Marketplace, a modular, highly scalable, transparent, cloud-based software platform for real-time trading of digital, Programmatic Advertising. Kubient also provided unique capabilities with its proprietary pre-bid ad fraud detection and prevention, Kubient Artificial Intelligence, which has the ability to stop fraud in the critical 300 millisecond window before an advertiser spends their budget on fraudulent ad space.

4.      List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of Debtor:

None.

---

[1]    The information set forth herein is based entirely on the Debtor's latest unaudited balance sheet as of approximately July 31, 2024. The sole remaining director makes no representation as to the accuracy of such information.

[2]    The information set forth herein is based entirely on the Debtor's last publicly filed information. The sole remaining director makes no representation as to the accuracy of such information

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| KUBIENT, INC., | Case No. 24-xxxxx (XXX) |
| Debtor. | |

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.      Pursuant to 11 U.S.C. § 329(a) and Fed. R. Bankr. P. 2016(b), I certify that Chipman Brown Cicero & Cole, LLP ("**CBCC**" or the "**Firm**") are attorneys for the above-named debtor (the "**Debtor**") and that compensation paid to the Firm within one (1) year before the filing of the petition of bankruptcy, or agreed to be paid to the Firm, for services rendered or to be rendered on behalf of the Debtor in contemplation of or in connection with this bankruptcy case is as follows:

| | |
|---|---|
| For legal services, CBCC agreed to accept: | $50,000.00 |
| Prior to the filing of this statement, CBCC received: | $50,000.00 |
| Balance Due | $0.00 |

2.      The source of the compensation paid to the Firm was:

■ Debtor Kubient, Inc.                    ☐ Other (Specify):

3.      The source of compensation to be paid to the Firm was:

■ Debtor Kubient, Inc.                    ☐ Other (Specify):

4.

■ The Firm has not agreed to share the above-disclosed compensation with any other person unless they are members and associates of the Firm.

☐ The Firm has agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.      In return for the above-disclosed fee, the Firm agreed to render legal service for all aspects of the bankruptcy case until the conclusion of the meeting of creditors pursuant to section 341(a) of the Bankruptcy Code, including:

      a.      Preparation and filing of the petition, schedules of assets and liabilities, statement of financial affairs, lists of creditors and equity security holders, and master mailing list;

b.      Coordination with the Chapter 7 Trustee, preparation for and representation of the Debtor at the meeting of creditors pursuant to section 341(a) of the Bankruptcy Code; and

c.      Representation of the Debtor as may otherwise be required to advise the Debtor regarding its rights and responsibilities as a debtor under chapter 7 of the Bankruptcy Code and the Bankruptcy Rules.

## **CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to the Firm for representation of the Debtor in this bankruptcy proceeding.

Dated:  July 25, 2024
       Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ Mark L. Desgrosseilliers*
Mark L. Desgrosseilliers (No. 4083)
Hercules Plaza
1313 North Market Street
Suite 5400
Wilmington, Delaware 19801
Telephone:     (302) 295-0191
Facsimile:     (302) 295-0199
Email:          desgross@chipmanbrown.com

*Counsel for the Debtor*

- 2 -

**Fill in this information to identify the case:**

Debtor name  **Kubient, Inc.**

United States Bankruptcy Court for the:  DISTRICT OF DELAWARE

Case number (if known)  _____

☐ Check if this is an
amended filing

Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*...........................................................................................    $          **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.........................................................................................    $    **3,336,523.92**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*...........................................................................................    $    **3,336,523.92**

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................    $          **0.00**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................    $          **0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$    **2,878,786.50**

4. Total liabilities .....................................................................................................................................
   Lines 2 + 3a + 3b    $    **2,878,786.50**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name   **Kubient, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**          **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.         **Cash on hand** | $142,690.00 |

3.         **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
Name of institution (bank or brokerage firm)          Type of account          Last 4 digits of account number

4.         **Other cash equivalents** *(Identify all)*

5.         **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          | $142,690.00 |

**Part 2:**          **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☑ Yes Fill in the information below.

7.         **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

8.         **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

8.1.         **Prepaid Insurance Premium - The Hartford - Business Owners & Commercial Umbrella [Account No. xxxxxxK5D2U]**          $6,508.18

8.2.         **Prepaid Insurance Premium - First Insurance - D & O Policies (2) [Account Nos. xxxxx2082 & xxxxxxxx3362]**          $97,473.12

Debtor    **Kubient, Inc.**                                                    Case number *(if known)* _____
_____
Name

| | | |
|---|---|---|
| 8.3. | **Prepaid Insurance Premium - CNA & Chubb - D&O Policies (2) [Account Nos. xxxxx2082 and xxxxxxxx3362]** | **$857,500.00** |
| 8.4. | **Prepaid Annual Subscription - salesforce.com, inc. (Tableau)** | **$8,603.73** |
| 8.5. | **Prepaid Annual Subscription - DropBox** | **$2,946.77** |
| 8.6. | **Prepaid Annual Subscription - OpenVPN Inc.** | **$970.83** |
| 8.7. | **Prepaid Annual Subscription - YPO, Inc.** | **$5,825.00** |
| 8.8. | **Prepaid IT Network Monitoring - Waterleaf International, LLC** | **$18,088.06** |
| 8.9. | **Prepaid Retainer for 2023 Tax Preparation - Baker Tilly** | **$14,000.00** |
| 8.10. | **Prepaid Board of Director Fees (Q2 2024) - Lawrence Harris** | **$22,500.00** |
| 8.11. | **Quarterly Prepayment - Oracle America (NetSuite)** | **$5,950.16** |
| 8.12. | **Prepaid Insurance Premium - Coalition Insurance Solutions, Inc., Cyber Policy, Policy No. x-xxxx-xx0836-CYBER** | **$11,669.77** |
| 8.13. | **Prepaid Bi-Annual Subscription - Asana** | **$5,683.55** |

9.    **Total of Part 2.**                                                    **$1,057,719.17**
       Add lines 7 through 8. Copy the total to line 81.

| Part 3: | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | **Investments** |
|---|---|

Debtor   **Kubient, Inc.**                                    Case number *(If known)*  _____
         <sub>Name</sub>

13. **Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** **United States Patent and Trademark Office, Fraud Prevention Patent, Application 17988,906, Dated November 17, 2022 (Office Action Response due on July 12, 2024)** | **Unknown** | | **Unknown** |
| 61. | **Internet domain names and websites** | | | |
| 62. | **Licenses, franchises, and royalties** | | | |

Debtor    **Kubient, Inc.**_____    Case number *(if known)* _____
Name

63.    **Customer lists, mailing lists, or other compilations**

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**

| | |
|---|---:|
| | **$0.00** |

Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70.    **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|

71.    **Notes receivable**
Description (include name of obligor)

| **Secured Promissory Note Executed by Adomni, Inc. on May 24, 2024** | 2,136,114.75 | - | 0.00 | = | **$2,136,114.75** |
|---|---|---|---|---|---|
| | Total face amount | | doubtful or uncollectible amount | | |

72.    **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.    **Total of Part 11.**

| | |
|---|---:|
| | **$2,136,114.75** |

Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor   **Kubient, Inc.**_____   Case number *(if known)* _____
         Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $142,690.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $1,057,719.17 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ..............................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $2,136,114.75 | |
| 91. **Total.** Add lines 80 through 90 for each column | $3,336,523.92 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $3,336,523.92 |

**Fill in this information to identify the case:**

Debtor name    **Kubient, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an
  amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☒ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name        **Kubient, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    _____

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☑ No. Go to Part 2.

    ☐ Yes. Go to line 2.

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$649.68** |
|---|---|---|---|
| | **Adviddo EOOD**<br>**p.k. 4000, Central Boulevard**<br>**Str. Rayko Daskalov ? 68, fl. 2, apt. 7**<br>**Plovdiv**<br>**Bulgaria** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Accounts Payable** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$136,586.78** |
|---|---|---|---|
| | **Akerman LLP**<br>**P.O. Box 4906**<br>**Orlando, FL 32802** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Professional Services** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$174,060.19** |
|---|---|---|---|
| | **Amazon Web Services**<br>**Headquarters**<br>**410 Terry Avenue North**<br>**Seattle, WA 98109** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Accounts Payable** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,062.50** |
|---|---|---|---|
| | **Ankura Consulting Group LLC**<br>**P.O. Box  74007043**<br>**Chicago, IL 60674** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **March 21, 2024** | Basis for the claim:  **Professional Services** | |
| | Last 4 digits of account number  **2142** | Is the claim subject to offset? ☑ No  ☐ Yes | |

Debtor **Kubient, Inc.**
_____
Name

Case number (if known) _____

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,471.74** |
|---|---|---|---|

**Ask.fm Europe Limited**
**6th Floor, South Bank House**
**Barrow Street**
**Dublin, Leinster D04TR29**
**Ireland**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Accounts Payable__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$15,400.00** |
|---|---|---|---|

**Baker Tilly US, LLP**
**66 Hudson Boulevard E**
**Suite 2200**
**New York, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Professional Services__

Last 4 digits of account number  __2646__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$17,632.37** |
|---|---|---|---|

**BidHub.tv**
**75 South Broadway**
**Suite 4**
**White Plains, NY 10601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Accounts Payable__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,496.69** |
|---|---|---|---|

**BidSwitch**
**Bahnhofstrasse 28**
**Zug 6304**
**Switzerland**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Accounts Payable__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,596.00** |
|---|---|---|---|

**Broadridge Investor Comm Solutions**
**51 Mercedes Way**
**Brentwood, NY 11717**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Accounts Payable__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,854.42** |
|---|---|---|---|

**Broadscaler**
**Attn: Daniel Aharonoff, CEO**
**daniel.aharonoff@broadscaler.com**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Accounts Payable__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,320.97** |
|---|---|---|---|

**Cheetah Medialink HK Limited**
**Rm 1101, 11/F, San Toi Building No. 185**
**Connaught Road Central**
**Hong Kong**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Accounts Payable__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Kubient, Inc.**
_____  Case number (if known) _____
Name

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,904.00 |
|---|---|---|---|

**Clarity Global, Inc**
**636 Sixth Avenue**
**Suite 410**
**New York, NY 10011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Accounts Payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $681,109.75 |
|---|---|---|---|

**Cohen & Gresser LLP**
**800 Third Avenue**
**New York, NY 10022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Accounts Payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $832.00 |
|---|---|---|---|

**Computershare Inc.**
**Dept CH 19228**
**Palatine, IL 60055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Accounts Payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $436.82 |
|---|---|---|---|

**Crackle Plus, LLC**
**P.O. Box 700**
**Cos Cob, CT 06807**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Accounts Payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $217.77 |
|---|---|---|---|

**Danger TV, LLC**
**541 East 72nd Street**
**Apartment 2A**
**New York, NY 10021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Accounts Payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,474.50 |
|---|---|---|---|

**Davis & Gilbert LLP**
**1740 Braodway**
**New York, NY 10019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Accounts Payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,143.02 |
|---|---|---|---|

**Digital Media Innovations, LLC**
**11650 Miracle Hills Drive**
**Omaha, NE 68154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Accounts Payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Kubient, Inc.**
Name

Case number *(if known)* _____

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $113,407.65 |

Dykema Gossett PLLC
400 Renaissance Center
Detroit, MI 48243

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Accounts Payable__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,396.99 |

Equisolve, Inc
3500 SW Corporate Parkway
Suite 206
Palm City, FL 34990

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Accounts Payable__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $29,621.64 |

Eversheds Sutherland (US) LLP
700 Sixth Street, NW
Suite 700
Washington, DC 20001

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Accounts Payable__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,400.00 |

Five Media Marketing, Ltd
7 Florinis Street
Nicosia 1065
Cyprus

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Accounts Payable__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $52,330.01 |

Future Today Inc.
3723 Haven Avenue #133
Menlo Park, CA 94025

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Accounts Payable__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,000.00 |

Gateway Group, Inc.
4685 MacArthur Court
Suite 400
Newport Beach, CA 92660

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Accounts Payable__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,800.00 |

iAGE Engineering LLC
20 bid 3, room 37
Byazan
390023
Russian Federation

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Accounts Payable__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Kubient, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.26** | Nonpriority creditor's name and mailing address
**IQzone Inc.**
**7118 East Foothill Drive**
**Paradise Valley, AZ 85253**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No  ☐ Yes

**$11,759.83**

---

**3.27** | Nonpriority creditor's name and mailing address
**Jukin Media Inc. (Trusted Media Brands)**
**5764 West Jefferson Boulevard**
**Los Angeles, CA 90016**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No  ☐ Yes

**$9,729.13**

---

**3.28** | Nonpriority creditor's name and mailing address
**Krieger Kim & Lewin LLP**
**500 Fifth Avenue**
**34th Floor**
**New York, NY 10110**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Professional Services**

Is the claim subject to offset? ■ No  ☐ Yes

**$505,205.16**

---

**3.29** | Nonpriority creditor's name and mailing address
**Magnite Inc. (SpringServe, Inc.)**
**6080 Center Drive**
**4th Floor/Suite 400**
**Los Angeles, CA 90045**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No  ☐ Yes

**$4,866.92**

---

**3.30** | Nonpriority creditor's name and mailing address
**Marcum LLP**
**777 South Figueroa Street**
**29th Floor**
**Los Angeles, CA 90017**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Professional Services**

Is the claim subject to offset? ■ No  ☐ Yes

**$472,914.45**

---

**3.31** | Nonpriority creditor's name and mailing address
**Matomy/Optimatic**
**6 Hanechoshet St**
**Tel Aviv-yafo 69710**
**Israel**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No  ☐ Yes

**$8,577.00**

---

**3.32** | Nonpriority creditor's name and mailing address
**MediaMath, Inc.**
**4 World Trade Center**
**45th Floor**
**New York, NY 10007**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No  ☐ Yes

**$806.19**

---

Debtor  **Kubient, Inc.**                                    Case number (if known) _____
     Name

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37,008.53 |
|---|---|---|---|

**MediaRadar Inc.**
**252 West 37th Street**
**Suite 1001**
**New York, NY 10018**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Professional Services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,099.17 |
|---|---|---|---|

**MobFox USA**
**Mobfox CY Limited of 4 Foti**
**Pitta Str., LABS TOWER, Nicosia, 1065**
**Cyprus**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Accounts Payable__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $591.49 |
|---|---|---|---|

**Motive Interactive**
**6020 Cornerstone Court West**
**Suite 350**
**San Diego, CA 92121**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Accounts Payable__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,866.00 |
|---|---|---|---|

**Nasdaq Corporate Solutions, LLC**
**151 West 42nd Street**
**New York, NY 10036**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Professional Services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,386.01 |
|---|---|---|---|

**Online Media Solutions Ltd.**
**232-234 Great Ancoats St**
**Manchester, Lancashire**
**M4 6DJ**
**United Kingdom**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Accounts Payable__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $568.57 |
|---|---|---|---|

**OTTera Inc.**
**5152 Sepulveda Boulevard**
**Sherman Oaks, CA 91403**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Accounts Payable__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $56,986.00 |
|---|---|---|---|

**Pacific Business Link**
**Unit 301, PDI Condominium Corporation**
**Archbishop Reyes Ave. Corner J Panis St.**
**Banilad, Cebu City 6000**
**Philippines**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Professional Services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Kubient, Inc.**                                    Case number (if known) _____

Name

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,169.20 |
|---|---|---|---|

**3.40** Nonpriority creditor's name and mailing address

**Parent Media Co. Inc (Kidoodle)**
**333 24 Avenue SW**
**Suite 320**
**Calgary, Alberta T2S 3E6**
**Canada**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$11,169.20**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.41** Nonpriority creditor's name and mailing address

**Paxton Media Group, LLC**
**dba WPSD Local 6**
**201 South 4th Street**
**Paducah, KY 42003**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$180.44**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.42** Nonpriority creditor's name and mailing address

**Pixalate, Inc.**
**2209 El Camino Real**
**Suite 202**
**Palo Alto, CA 94306**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$6,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.43** Nonpriority creditor's name and mailing address

**PubMatic, Inc.**
**305 Main Street**
**First Floor**
**Redwood City, CA 94063**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$13.82**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.44** Nonpriority creditor's name and mailing address

**Roco**
**621 Kalamath Street**
**Denver, CO 80204**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$24,497.10**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.45** Nonpriority creditor's name and mailing address

**Saul Ewing Arnstein & Lehr LLP**
**161 North Clark**
**Suite 4200**
**Chicago, IL 60601**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$15,450.45**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Professional Services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.46** Nonpriority creditor's name and mailing address

**Seward & Kissel LLP**
**One Battery Park Plaza**
**New York, NY 10004**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$156,113.51**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Professional Services**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Kubient, Inc.**
_____
Name

Case number (if known) _____

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4.29** |

**Sileo, LLC dba Column6**
**221 East 59th Street**
**2nd Floor**
**New York, NY 10022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Accounts Payable__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$93,802.35** |

**Smaato**
**Empire State Building**
**350 Fifth Avenue**
**Suite 7700**
**New York, NY 10118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Accounts Payable__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,359.23** |

**Solium Capital LLC**
**58 South River Drive**
**Suite 401**
**Tempe, AZ 85281**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __April 25, 2024__

**Basis for the claim:** __Accounts Payable__

Last 4 digits of account number  __4090__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,570.00** |

**Southern Media**
**Headquarters**
**4400 Bayou Boulevard**
**Suite 29B**
**Pensacola, FL 32503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Accounts Payable__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$686.85** |

**Stormcast Entertainment LLC**
**440 North Barranca Avenue #2199**
**Covina, CA 91723**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Accounts Payable__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,475.20** |

**Submission Technology Ltd.**
**East Wing, The Beater House**
**Turkey Mill**
**Maidstone, Kent ME14 5PP**
**United Kingdom**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Accounts Payable__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,486.17** |

**Target Video**
**12655 West Jefferson Boulevard**
**Los Angeles, CA 90066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Accounts Payable__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Kubient, Inc.**                                      Case number (if known) _____
_____
Name

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,644.84 |
|---|---|---|---|

**The Media Trust**
**1660 International Drive**
**Floor 6**
**Mc Lean, VA 22102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,583.33 |
|---|---|---|---|

**The Trade Desk, Inc.**
**42 North Chestnut Street**
**Ventura, CA 93001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,807.99 |
|---|---|---|---|

**TradeHouse**
**2727 LBJ Freeway**
**Dallas, TX 75038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3.65 |
|---|---|---|---|

**TriCoast TV LLC**
**1825 South Oxford Avenue**
**Los Angeles, CA 90006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,122.50 |
|---|---|---|---|

**TV Sourcer Global d.o.o**
**Batinova Kosa 58**
**Batinova Kosa Topusko**
**44415**
**Croatia**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,138.25 |
|---|---|---|---|

**Verve Group Europe GmbH**
**Greifswalder Straße 212**
**Berlin 10405**
**Germany**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $66,107.39 |
|---|---|---|---|

**Vinyl Trading Desk**
**1801 California Street**
**Suite 3000**
**Denver, CO 80202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

Debtor   **Kubient, Inc.**
_____
Name

Case number (if known) _____

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 2,878,786.50 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 2,878,786.50 |

**Fill in this information to identify the case:**

Debtor name **Kubient, Inc.**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Stock Pledge Agreement Dated May 24, 2023** |
| | **Jonathan Gudai**<br>**Jonathan Fine**<br>**Adomni, Inc.**<br>**7120 Rafael Ridge Way**<br>**Las Vegas, NV 89119** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Subordination Agreement Dated May 24, 2023** |
| | **Newlight Capital LLC**<br>**1135 Kildaire Farm Road**<br>**Suite 200**<br>**Cary, NC 27511** |

**Fill in this information to identify the case:**

Debtor name    **Kubient, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**    **Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **For prior year:**<br>From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$-44,493.00** |
   | **For year before that:**<br>From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$2,404,561.00** |
   | **For the fiscal year:**<br>From **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$2,749,486.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|
   | **For prior year:**<br>From **1/01/2023** to **12/31/2023** | Interest/Adomni Loan<br>Interest Accrual | **$191,963.00** |
   | **For year before that:**<br>From **1/01/2022** to **12/31/2022** | Interest | **$18,597.00** |

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Debtor    **Kubient, Inc.**                                              Case number *(if known)*

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Glarris Consulting LLC**<br>**[Address on File]** | **04.22.2024 -**<br>**$12,500.00**<br>**05.16.2024 -**<br>**$2,500.00**<br>**05.31.2024 -**<br>**$12,500.00**<br>**07.18.2024 -**<br>**$30,000.00** | **$57,500.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.2. | **Asaf Weitzman**<br>**[Adress on File]** | **07.18.2024**<br>**(for June,**<br>**July and**<br>**August 2024)** | **$5,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **N/A** | **The Debtor**<br>**was unable**<br>**to access**<br>**information**<br>**necessary to**<br>**list all**<br>**insider**<br>**payments**<br>**made and**<br>**that the**<br>**understandin**<br>**g of the**<br>**Debtor is**<br>**that all**<br>**insider**<br>**payments**<br>**were for**<br>**regular**<br>**wages,**<br>**COBRA, and**<br>**severance.** | **$0.00** | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

Debtor    **Kubient, Inc.**                                                Case number *(if known)*

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| **Part 3:** | **Legal Actions or Assignments** |

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Securities & Exchange Commission** | **Ongoing investigation of potential criminal activity engaged in by former Chief Executive Officer and potentially the Chief Financial Officer and others regarding fictitious transactions to generate artificial revenue** | | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Kubient Inc. on Behalf of Vasanti Mahajan<br>A220-003-880** | **I-129 Petition for a Non-Immigrant Worker** | **U.S. Department of Homeland Security<br>U.S. Citizenship and Immigration Service<br>P.O. Box 82521<br>Lincoln, NE 68501-2521** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| **Part 4:** | **Certain Gifts and Charitable Contributions** |

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| **Part 5:** | **Certain Losses** |

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

Debtor    **Kubient, Inc.**                                    Case number *(if known)* _____

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
| --- | --- | --- | --- |

---

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
| --- | --- | --- | --- | --- |
| 11.1. | **Chipman Brown Cicero & Cole, LLP**<br>**Hercules Plaza**<br>**1313 North Market Street**<br>**Suite 5400**<br>**Wilmington, DE 19801** | | **07.10.2024** | **$50,000.00** |
| | Email or website address<br>**www.chipmanbrown.com** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
| --- | --- | --- | --- |

13. **Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
| --- | --- | --- | --- |

**Part 7:    Previous Locations**

14. **Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy<br>From-To |
| --- | --- |

Debtor    **Kubient, Inc.**                                    Case number *(if known)*

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **500 7th Avenue**<br>**8th Floor**<br>**New York, NY 10018** | **September 2021 through October 2023** |

**Part 8:**    **Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:**    **Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:**    **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Chase**<br>**JPMorgan Chase Bank, N.A.**<br>**P.O. Box 182051**<br>**Columbus, OH 43218-2051** | **XXXX-5926** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **April 8, 2024** | **$204.51** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Debtor    **Kubient, Inc.**                                                  Case number *(if known)*

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**

   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:**    **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**

   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:**    **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

   *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

   *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

   ■ No.
   ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:**    **Details About the Debtor's Business or Connections to Any Business**

| Debtor | Kubient, Inc. | Case number *(if known)* |
|--------|---------------|--------------------------|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|-----------------------|-------------------------------------|------------------------------------------------------------------------------------------------|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|------------------|----------------------------|
| 26a.1. | **Marcum LLP**<br>**730 3rd Avenue**<br>**11th Floor**<br>**New York, NY 10017** | **2019 to 2023** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|------------------|----------------------------|
| 26b.1. | **Marcum LLP**<br>**PO Box 95000-2288**<br>**Philadelphia, PA 19195-0001** | **2019 to 2023** |

| Name and address | Date of service<br>From-To |
|------------------|----------------------------|
| 26b.2. | **Baker Tilly US, LLP**<br>**66 Hudson Boulevard E**<br>**Suite 2200**<br>**New York, NY 10001** | **2020 to 2024** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|------------------|---------------------------------------------------------------------|
| 26c.1. | **Baker Tilly US, LLP**<br>**66 Hudson Boulevard E**<br>**Suite 2200**<br>**New York, NY 10001** | |
| 26c.2. | **Marcum LLP**<br>**730 3rd Avenue**<br>**11th Floor**<br>**New York, NY 10017** | |
| 26c.3. | **Pharos Advisors, Inc.**<br>**P.O. Box 522736**<br>**Longwood, FL 32752** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

Debtor    **Kubient, Inc.**_____    Case number *(if known)*_____

| Name and address |
|---|

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Lawrence Harris | [Address on File] | Board of Directors, September 25, 2023 to Present | 0.29% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No

☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Elisabeth DeMarse | [Address on File] | Interim Chief Executive Officer<br>Board Member | October 16, 2023 to June 1, 2024<br>July 1, 2023 to June 30, 2024 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Joshua Weiss | [Address on File] | Chief Financial Officer | December 23, 2019 to June 1, 2024 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Kimberly Kahn | [Address on File] | Vice President of People Operations | May 10, 2021 to December 1, 2023 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Larry Mlawksi | [Address on File] | Senior Vice President, Client Services | March 31, 2021 to October 2, 2023 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Paul Roberts | [Address on File] | Chief Executive Officer | May 26, 2017 to November 2, 2023 |

Debtor    **Kubient, Inc.**                                          Case number *(if known)*

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|--------------------------------------------------|
| **Mitchell Berg** | **[Address on File]** | **Chief Technology Officer** | **November 29, 2021 to May 3, 2024** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|--------------------------------------------------|
| **Leon Zemel** | **[Address on File]** | **Chief Product Officer** | **April 12, 2021 to October 2, 2023** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|--------------------------------------------------|
| **Ryan Adams** | **[Address on File]** | **Senior Vice President of Partnerships** | **November 5, 2020 to March 1, 2023** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|--------------------------------------------------|
| **Peter Bordes** | **[Address on File]** | **Board Member** | **July 1, 2023 to June 30, 2024** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|--------------------------------------------------|
| **Jennie Mun** | **[Address on File]** | **Board Member** | **July 1, 2023 to June 30, 2024** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|--------------------------------------------------|
| **Grainne Coen** | **[Address on File]** | **Board Member** | **July 1, 2023 to June 30, 2024** |

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

    ■ No
    ☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|-------------------------------|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

    ■ No
    ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|-------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

    ■ No
    ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|----------------------------------------------------|

Debtor    **Kubient, Inc.**                                          Case number *(if known)*

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 25, 2024**

*/s/ Lawrence Harris*                                **Lawrence Harris**
Signature of individual signing on behalf of the debtor         Printed name

Position or relationship to debtor    **Sole Director**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

## United States Bankruptcy Court
### District of Delaware

In re    **Kubient, Inc.**_____    Case No. _____
                                                        Debtor(s)    Chapter    **7**_____

## VERIFICATION OF CREDITOR MATRIX

I, the Sole Director of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and

correct to the best of my knowledge.

Date:    **July 25, 2024**_____    _/s/ Lawrence Harris_____

                                            **Lawrence Harris**/**Sole Director**
                                            Signer/Title

*Kubient, Inc.*
228 Park Avenue South
Suite 72602
New York, NY 10003

Joseph W. Acquarulo
[Address on File]

Mark Adesso
[Address on File]

*ADVIDDO EOOD*
Plovdiv,
p.k. 4000, Central Blvd.
Str. Rayko Daskalov № 68, fl. 2,
apt. 7
BULGARIA

*ADVIDDO*
Headquarters
Montgomery Drive, 17
Tavistock, England PL19 8JX
Great Britain

Jonathan Gudai
Jonathan Fine
*Adomni, Inc.*
7120 Rafael Ridge Way
Las Vegas, NV 89119

*Akerman LLP*
Post Office Box 4906
Orlando, FL 32802

Joseph A. Alagna, Jr.
c/o Joseph Gunnar & Co. LLC
30 Broad Street, 11th Floor
New York, NY 10004

*Alta Partners LLC*
939 Coastal Boulevard
Unit 21 DE
La Jolla, CA 92037

*Amazon Web Services* (Kubient)
Headquarters
410 Terry Avenue North
Seattle, WA 98109

Christopher Andrews
[Address on File]

*Ankura Consulting Group LLC*
PO Box 74007043
Chicago, IL 60674

*Ask.fm Europe Limited*
South Bank House Barrow Street
Dublin 4
DUBLIN D04 TR29 Ireland

Pietro Stuardi, CPA, MST
*Baker Tilly US, LLP*
66 Hudson Boulevard E
Suite 2200
New York, NY 10001

Richard W. Baskerville Living
Trust
[Address on File]

Gail Battista
[Address on File]

*Ben Jen Holdings Kubient SPV LLC*
251 Somerville Road, Suite 221
Bedminster, NJ 07291

*Ben Jen Holdings Kubient 175
SPV LLC*
3 Germay Drive, Suite 1160
Wilmington, DE 19804

*BidHub.tv*
75 South Broadway
Suite 4
White Plains, NY 10601

*BidSwitch*
Bahnhofstrasse 28
6304 Zug
Switzerland

*BidSwitch*
Headquarters
387 Park Avenue S
New York, NY 10016-8810

Peter Bordes
[Address on File]

*Broadridge Investor
Communication Solutions, Inc.*
51 Mercedes Way
Edgewood, NY 11717

*BroadScaler Consulting*
Attn:   Daniel Aharonoff, CEO
Email:
daniel.aharonoff@broadscaler.com

*Calvary Fund I LP*
61 Kinderkamack Road
Woodcliff Lake, NJ 07677

Ronald D. Carli
Veronica A. Carli
[Address on File]

*Cheetah Medialink HK Limited*
Rm 1101, 11/F, San Toi Building
No 185  Connaught Road Central
Hong Kong

Shijie Chen
[Address on File]

*Clarity Global, Inc.*
636 Sixth Avenue
Suite 410
New York, NY 10011

John Clark
[Address on File]

Grainne Coen
[Address on File]

*Cohen & Gresser LLP*
800 Third Avenue
New York, NY 10022

*Computershare Inc.*
Dept CH 19228
Palatine, IL 60055

Paul Cooney
c/o Joseph Gunnar & Co. LLC
30 Broad Street, 11th Floor
New York, NY 10004

*Crackle Plus, LLC*
PO Box 700
Cos Cob, CT 06807

*Danger TV, LLC*
541 E 72nd Street, Apt 2A
New York, NY 10021

*Davis & Gilbert LLP*
1740 Broadway
New York, NY 10019

Elizabeth DeMarse
[Address on File]

Jeffrey Dibernardo
[Address on File]

*Digital Media Innovations, LLC*
11650 Miracle Hills Drive
Omaha, NE 68154

*Digital Media Innovations, LLC*
c/o ABC/Amega
500 Seneca Street, Suite 503
Buffalo, NY 14204-1963
Attn:    Dawn Clotfelter

*Dykema Gossett PLLC*
400 Renaissance Center
Detroit, MI 48243

*Equisolve, Inc.*
3500 SW Corporate Parkway
Suite 206
Palm City, FL 34990
Attn:    Dana Clore, Accountant

Patricia Evans
Preston Evans
[Address on File]

Eversheds Sutherland (US) LLP
700 Sixth Street, NW
Suite 700
Washington, DC 20001

*Five Media Marketing, Ltd.*
GREG TOWER, Floor 6
7 Florinis Street
Nicosia 1065 Cyprus

David Frydman
[Address on File]

*Future Today Inc.*
3723 Haven Avenue #133
Menlo Park, CA 94025

*Gateway Group, Inc.*
4685 MacArthur Court
Suite 400
Newport Beach, CA 92660

*GPL Ventures LLC*
c/o Alexander Dillon
1 Penn Plaza #6196
New York, NY 10119

*Guevoura Fund Ltd.*
3 Place Des Eaux Vives 1207
Geneva, Switzerland

Rahul Gupta
[Address on File]

Robert Hannon
[Address on File]

*iAGE Engineering LLC*
20 bld 3, room 37
Ryazan 390023 Russian
Federation

*Intracoastal Capital LLC*
245 Palm Trail
Delray Beach, FL 33483

*IQzone Inc.*
7118 E Foothill Drive
Paradise Valley, AZ 85253

Anil Kishin Idnani
[Address on File]

Philip Jenkins
[Address on File]

*Jukin Media Inc. (Trusted Media Brands)*
5764 West Jefferson Boulevard
Los Angeles, CA 90016

Nicholas Kavallieratos
[Address on File]

Jeffrey Kobylarz
[Address on File]

*Krieger Kim & Lewin LLP*
500 Fifth Avenue, 34th Floor
New York, NY 10110

Todd F. Kronshage
Leslie Kronshage
[Address on File]

Jie Lian
[Address on File]

*Magnite Inc. (SpringServe, Inc.)*
6080 Center Drive,
4th Floor/Suite 400
Los Angeles, CA 90045

Vasanti Mahajan
[Address on File]

*Marcum LLP*
777 South Figueroa Street
29th Floor
Los Angeles, CA 90017

*Marcum LLP*
730 3rd Avenue
11th Floor
New York, NY 10017

Jillian Marks
[Address on File]

*Matomy/Optimatic*
6 Hanechoshet St, Tel Aviv-yafo
69710, Israel

*Maxim Group LLC*
300 Park Avenue, 16th Floor
New York, NY 10022

*MediaMath, Inc.*
4 World Trade Center, 45th Floor
New York, NY 10007

*MediaRadar Inc.*
252 West 37th Street
Suite 1001
New York, NY 10018

*MediaRadar Inc.*
c/o LEIB Solutions LLC
P.O. Box 22
Maple Shade, NJ 08052
Attn:    Diana Oslin, CISR

Kevin Miller
[Address on File]

*MobFox USA*
Mobfox CY Limited of 4 Foti
Pitta Str., LABS TOWER, Nicosia,
1065, Cyprus

*Morgan Stanley At Work*
c/o Morgan Stanley & Co. LLC
World Headquarters
1585 Broadway
New York, NY 10036

*Motive Interactive*
6020 Cornerstone Court West
Suite 350
San Diego, CA 92121

Jeannie Mun
[Address on File]

*Nasdaq Corporate Solutions, LLC*
P.O Box 780700
Philadelphia, PA 19178

*Nasdaq Corporate Solutions, LLC*
151 West 42nd Street
New York, NY 10036

*Nasdaq Office of General* Counsel
805 King Farm Boulevard
Rockville, MD 20850

*Nasdaq Corporate Solutions, LLC*
c/o TSI
500 Virginia Drive, Suite 514
Fort Washington, PA 19034
Attn:    Brian Speert

*Newlight Capital LLC*
1135 Kildaire Farm Road
Suite 200
Cary, NC 27511

*Online Media Solutions Ltd.*
232-234 Great Ancoats St
Manchester, Lancashire
M4 6DJ
United Kingdom

*Online Media Solutions Ltd.*
9 Hamanofim HERZLIYA, Central
District, 4672560 Israel

*Optimatic*
2251 Las Palmas Drive
Carlsbad, CA 92011

*OTTera Inc.*
5152 Sepulveda Boulevard
Sherman Oaks, CA 91403

*Pacific Business Link*
Unit 301, PDI Condominium
Corporation
Archbishop Reyes Ave. Corner J
Panis St.
Banilad Cebu City 6000
Philippines

Viorel Panait
[Address on File]

*Parent Media Co. Inc (Kidoodle)*
Suite 320, 333 24 Avenue SW
Calgary, Alberta T2S 3E6
Canada

*Paxton Media Group, LLC*
dba WPSD Local 6
201 South 4th Street
Paducah, KY 42003

*Pharos Advisors, Inc*
PO Box 522736
Longwood, FL 32752

*Pixalate, Inc.*
2209 El Camino Real
Suite 202
Palo Alto, CA 94306

*Proactive Capital Partners LP*
150 East 58th Street
20th Floor
New York, NY 10155

*PubMatic, Inc.*
305 Main Street, First Floor
Redwood City, CA 94063

Rene Rapp
[Address on File]

Paul Roberts
[Address on File]

*Roco*
621 Kalamath Street
Denver, CO 80204

Donald Rogers
Maria Koksbergen
[Address on File]

Claude Rolo
[Address on File]

Eran Sabat
[Address on File]

*Saul Ewing Arnstein & Lehr LLP*
161 North Clark
Suite 4200
Chicago, IL 60601

Emily C. Scruggs, Esquire
*Securities & Exchange Commission*
Denver Regional Office
Division of Enforcement
1961 Stout Street, Suite 1700,
Denver, CO 80294
Email:  ScruggsE@sec.gov

Jeffrey S. Lyons, Esquire
*Securities & Exchange Commission*
Denver Regional Office
Division of Enforcement
1961 Stout Street, Suite 1700,
Denver, CO 80294
Email:  lyonsj@sec.gov

Paul Sethi
[Address on File]

*Seward & Kissel LLP*
One Battery Park Plaza
New York, NY   10004

Lloyd R. Schoene
[Address on File]

Jillian Shapiro
[Address on File]

Sameer Sharma
[Address on File]

Sameer K. Sharma
[Address on File]

Anthony Sica
c/o Joseph Gunnar & Co. LLC
30 Broad Street, 11th Floor
New York, NY 10004

*Sileo, LLC*
dba Column6
221 East 59th Street, 2nd Floor
New York, NY   10022

*Smaato*
Empire State Building
350 Fifth Avenue, Suite 7700
New York, NY 10118

Christopher H. Smith
[Address on File]

Mabel J. Smith
[Address on File]

Andrew Smukler
[Address on File]

*Solium Capital LLC*
58 South River Drive,
Suite 401
Tempe, AZ 85281

*Southern Media*
Headquarters
4400 Bayou Boulevard
Suite 29B
Pensacola, FL 32503

*Southern Media*
526 White Cap Lane
Newport Coast, CA 92657-1094

Stephan Stein
[Address on File]

*Stormcast Entertainment LLC*
440 North Barranca Avenue,
#2199
Covina, CA 91723

Clayton Struve
[Address on File]

Jacqueline H. Suwalkski
[Address on File]

*Submission Technology Ltd.*
East Wing, The Beater House
Turkey Mill
Maidstone Kent ME14 5PP
United Kingdom

Stuart Take
[Address on File]

*Target Video*
12655 West Jefferson Boulevard
Los Angeles, CA 90066

*The Media Trust*
1660 International Drive
Floor 6
McLean, VA 22102

*The Trade Desk, Inc.*
42 North Chestnut Street
Ventura, CA 93001

*TradeHouse*
2727 LBJ Freeway
Dallas, TX 75038

*Trajectory Capital LLC*
99 Wall Street #5801
New York, NY 10005

*Tri Bridge Ventures LLC*
601 Monmouth Avenue
Spring Lake, NJ 07762

*TriCoast TV LLC*
1825 South Oxford Avenue
Los Angeles, CA 90006

*TV Sourcer Global d.o.o*
Batinova Kosa 58
Batinova Kosa   Topusko 44415
Croatia

*Uniplan Consulting LLC*
26131 Deer Ride Trail
Waterford, WI 53185

*Verve Group Europe GmbH*
Greifswalder Straße 212
Berlin 10405 Germany

*Vinyl Trading Desk*
1801 California Street
Suite 3000
Denver, CO 80202

*Vinyl Trading Desk*
1595 Wynkoop Street
Suite 250
Denver, CO 80202

Bruce Warshaw
[Address on File]

Joshua Weiss
[Address on File]

*Windsor Street Capital*
Attn: Cathy Cao
25 Broadway #2
New York, NY 10004

Ryan Wong
[Address on File]

Joel Yanowitz
[Address on File]

Dana Zawadzki
[Address on File]

Leon Zemel
[Address on File]