| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Kubient, Inc. |
| United States Bankruptcy Court for the: | DISTRICT OF DELAWARE |
| Case number (if known) | 24-11596 (MFW) |

■ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                      12/15

### Part 1:  Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*......................................................................................... $ **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*....................................................................................... $ **3,394,220.70**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*......................................................................................... $ **3,394,220.70**

### Part 2:  Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................. $ **0.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................................................... $ **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................. +$ **2,878,786.50**

4. **Total liabilities** ..................................................................................................................................
   Lines 2 + 3a + 3b                                                                                                              $ **2,878,786.50**

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Kubient, Inc.** |
| United States Bankruptcy Court for the: | DISTRICT OF DELAWARE |
| Case number (if known) | **24-11596 (MFW)** |

■ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:   Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

   All cash or cash equivalents owned or controlled by the debtor — **Current value of debtor's interest**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Capital One Bank (as of June 28, 2024)** | **Business Advantage Savings** | **2059** | $3,189.53 |
| 3.2. | **Capital One Bank (as of June 28, 2024)** | **Business Analyzed Checking** | **7176** | $4,147.22 |
| 3.3. | **Silicon Valley Bank (as of June 30, 2024)** | **Analysis Checking** | **5082** | $26,571.14 |
| 3.4. | **Silicon Valley Bank (as of June 30, 2024)** | **Analysis Checking** | **7163** | $158,940.40 |
| 3.5. | **Silicon Valley Bank (as of May 31, 2024)** | **Money Market** | **5097** | $1,012.88 |

| Debtor | Kubient, Inc. | Case number *(If known)* **24-11596 (MFW)** |
|---|---|---|
| | Name | |

| | | | | | |
|---|---|---|---|---|---|
| 3.6. | **Capital One Bank (as of June 28, 2024) (The name on the account is listed as Fidelity Media LLC, which was a company purchased by Kubient, Inc. For reasons unknown Capital One Bank would not change the name of the account post-purchase)** | **Business Analyzed Checking** | 0967 | | $6,525.61 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** $200,386.78
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**   **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☒ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

   8.1. **Prepaid Insurance Premium - The Hartford - Business Owners & Commercial Umbrella [Account No. xxxxxxK5D2U]**   $6,508.18

   8.2. **Prepaid Insurance Premium - First Insurance - D & O Policies (2) [Account Nos. xxxxx2082 & xxxxxxxx3362]**   $97,473.12

   8.3. **Prepaid Insurance Premium - CNA & Chubb - D&O Policies (2) [Account Nos. xxxxx2082 and xxxxxxxx3362]**   $857,500.00

   8.4. **Prepaid Annual Subscription - salesforce.com, inc. (Tableau)**   $8,603.73

   8.5. **Prepaid Annual Subscription - DropBox**   $2,946.77

   8.6. **Prepaid Annual Subscription - OpenVPN Inc.**   $970.83

   8.7. **Prepaid Annual Subscription - YPO, Inc.**   $5,825.00

   8.8. **Prepaid IT Network Monitoring - Waterleaf International, LLC**   $18,088.06

Debtor **Kubient, Inc.**     Case number *(If known)* **24-11596 (MFW)**
      Name

| | | |
|---|---|---:|
| 8.9. | **Prepaid Retainer for 2023 Tax Preparation - Baker Tilly** | $14,000.00 |
| 8.10. | **Prepaid Board of Director Fees (Q2 2024) - Lawrence Harris** | $22,500.00 |
| 8.11. | **Quarterly Prepayment - Oracle America (NetSuite)** | $5,950.16 |
| 8.12. | **Prepaid Insurance Premium - Coalition Insurance Solutions, Inc., Cyber Policy, Policy No. x-xxxx-xx0836-CYBER** | $11,669.77 |
| 8.13. | **Prepaid Bi-Annual Subscription - Asana** | $5,683.55 |

9. **Total of Part 2.**      **$1,057,719.17**
   Add lines 7 through 8. Copy the total to line 81.

### Part 3: Accounts receivable
10. **Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

### Part 4: Investments
13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

### Part 5: Inventory, excluding agriculture assets
18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

### Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)
27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

### Part 7: Office furniture, fixtures, and equipment; and collectibles
38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No. Go to Part 8.
☐ Yes Fill in the information below.

| Debtor | **Kubient, Inc.** | Case number *(If known)* **24-11596 (MFW)** |
|---|---|---|
| | Name | |

## Part 8:  Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

## Part 9:  Real property

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

## Part 10:  Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| | **General description** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** **United States Patent and Trademark Office, Fraud Prevention Patent, Application 17988,906, Dated November 17, 2022 (Office Action Response due on July 12, 2024)** | **Unknown** | | **Unknown** |

| 61. | **Internet domain names and websites** | | | |
|---|---|---|---|---|
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill** | | | |

| 66. | **Total of Part 10.** | **$0.00** |
|---|---|---|
| | Add lines 60 through 65. Copy the total to line 89. | |

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

■ No
☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

## Part 11:  All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

Debtor  **Kubient, Inc.**                                        Case number *(If known)* **24-11596 (MFW)**
              Name

|     |     | **Current value of debtor's interest** |
| --- | --- | --- |
| 71. | **Notes receivable**<br>Description (include name of obligor)<br>**Secured Promissory Note Executed by Adomni, Inc. on May 24, 2024**    2,136,114.75 (Total face amount) − 0.00 (doubtful or uncollectible amount) = | $2,136,114.75 |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | $2,136,114.75 |
| 79. | **Has any of the property listed in Part 11 been appraised by a professional within the last year?**<br>■ No<br>☐ Yes | |

Debtor **Kubient, Inc.** Case number *(If known)* **24-11596 (MFW)**
     Name

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---:|---:|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $200,386.78 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $1,057,719.17 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9........................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $2,136,114.75 | |
| 91. **Total.** Add lines 80 through 90 for each column | $3,394,220.70 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $3,394,220.70 |

**Fill in this information to identify the case:**

Debtor name: **Kubient, Inc.**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known): **24-11596 (MFW)**

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **August 1, 2024**    X    */s/ Lawrence Harris*
Signature of individual signing on behalf of debtor

**Lawrence Harris**
Printed name

**Sole Director**
Position or relationship to debtor

Official Form 202    **Declaration Under Penalty of Perjury for Non-Individual Debtors**